UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Gilbert T. White,

Plaintiff,

vs. ORDER

Cold Spot Feeds, Prairie Bilt Sleds, and Rae's Harness Shop,

Defendants. Civ. No. 02-768 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

To: John M. Weyrauch, Kinney & Lange, P.A., The Kinney and Lange Building, 312 South Third Street, Minneapolis, Minnesota, 55415-1002.

At Duluth, in the District of Minnesota, this 12th day of August, 2002.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on April 11, 2002, with the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed and the Defendant has not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

(3)

FILED AUG 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK mb

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE