UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Gilbert T. White,

Plaintiff,

vs. REPORT AND RECOMMENDATION

Cold Spot Feeds, Prairie Bilt Sleds, and Rae's Harness Shop,

Defendant. Civ. No. 02-768 (JEL/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 18th day of September, 2002.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(B).

This matter was initiated on April 11, 2002, by the filing of a Complaint with the Clerk of Court. On August 12, 2002, it having appeared that one hundred and twenty (120) days had passed and the Defendants had not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure, this Court issued an Order, which stated as follows:

> That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an

FILED SEP 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

> extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

Counsel for the Plaintiff has failed to abide by the terms of our Order of August 12, 2002. As of this date, more than a full month after our Order, the Court has not received from the Plaintiff any submission which constitutes a showing that good cause exists not to Recommend that this action be dismissed for the reasons stated in our Order.

WHEREFORE, it is --

RECOMMENDED:

That this action be dismissed for failure to comply with this Court's Order of August 12, 2002, for failure to effect proper service, and for lack of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D. Minn. LR1.1(f), and D. Minn. LR72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court,

and by serving upon all parties **by no later than October 4, 2002,** a writing which specifically identifies those portions of the Report to which objections are made and the bases of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

If the consideration of the objections requires a review of a transcript of a Hearing, then the party making the objections shall timely order and file a complete transcript of that Hearing **by no later than October 4, 2002,** unless all interested parties stipulate that the District Court is not required by Title 28 U.S.C. §636 to review the transcript in order to resolve all of the objections made.